ALTON D. BROWN, Petitioner
v.
PA. DEPT. OF CORRECTIONS; PRISON HEALTH SERVICES, INC.; JEFFREY A. BEARD; CALVIN B. JOHNSON; CLIFFORD O'HARA; WILLIAM STICKMAN; JOHN S. SHAFFER; DONALD VAUGHAN; DIRECTOR JOHN DOE; MARGARET M. GORDAN; ROBERT S. BITNER; SHARON BERKS; HARRY E. WILSON, MARK A. KRYSEVIG; CAROL A. SCIRE; LOUIS S. FOLINO; DAN DAVIS; DAVID DIGUGLIELMO; JOHN K. MURRAY; SCOTT WILLIAMSON; MICHAEL A. LORENZO; JOAN SCOTT; WENDY MOYER; DOC. ARIAS; JULIE KNAVER; JANE DOE; C.O. PRYZBYLOWSKI; CHARLES SCOTT; MYRON STANISHEFSKI; JANE DOE (PHY. ASST.); RAY MACHAK; CALEB NWOSU; JOHN DOE (DOC 1); NURSE JOHN DOE 1; NURSE JOHN DOE 2; R. TRETINEK; MICHAEL HERBIK; MARY CANINO; MARY ANN MISTRIK; THREE UNKNOWN GUARDS; J. DAY; LEVI HOSBAND; TONY WOLFE; R. WORKMAN; ROBERT FRANK; MARY S. REESE; NURSE GRESS; DIANE MANSON; B.A. KIRBY; P.A. ODDO; CLUDE HAUGHT; SGT. LIPSCOMB; SGT. MARSHALL; C.O. BIAGINI; C.O. KRONANDER; C.O. COLE; C.O. ROHRER; SGT. MICHNIAK; LINDA MILLER; WM. ZINKEL; WM. STOWERS; LING SHAN; MICHAEL SPENCER; DENNIS COTTON; MARCIA S. NOLES; WILLIAM BANTA; SGT. ZIMMERMAN; SGT. NAFUS; LT. WHITE; TEN UNKNOWN RHU STAFF; WALTER GRUNDER; K. CROSS; ERIC T. ARMEL; LAUREL R. KARRY; RELEVANT CORRECTIONAL STAFF UNION; STEVE BENKO; ROBERT STAFFORD; LINDA HARRIS; C.O. REDMAN; JOAN L. MANN; MELISSA VARNER; C.O. HENDERSON; J. PUSHCART; LT. MOZINGO; E.P. JOHNSON; C.O. RICHTER; C.O. HALLEY; C.O. REED; SGT. BARNES; C.O. RUUD; S.L. NOSE; C.O. PETROSKY; CAPT. MOHRING; C.O. MAMIS; C.O. KNIZER; JOHN ANDRADE; C.O. SMITH; SGT. BURNETTE; STEPHEN T. CUBBERLY; MICHAEL J. MAHLMEISTER; DEPUTY BENNING; MAJOR HASSETT; CONNER BLAINE JR.; F. SMITH; ANTHONY L. PETRUCCIO; JOHN A. PALAKOVICH; K.D. KYLER; U.M. WARD; DEPUTY DICKSON; DIRECTOR HARRISON; SUPT. JOHNSON; D.L. GEARHART; SGT. BUSH; MARTIN HORN; HENRY JACKSON; DAN DAVIES; SUPERINTENDENT SCI-GRA. 1997; C.O. COLLINS; TEN JOHN DOE'S AT SCI-C; R. CUM; C.O. BLOOR; C.O. MYERS; GONDAL; C.O. SHULTZ; DITTY; S.E. MOSCHETTA; S.W. MILLER; C.O. BOWER; SGT. STEWART; LT. MAYLE; JOHN DOE (C.O. 1); CONNER BLAINE JR.; C. ROSSI; T.D. JACKSON; J. ZABOROSKI; B.E. ANSELL; KERRI CROSS; LT. MCCOMBIE; R. SNYDER; W.C. SCHAFER; P.A. ODDO; LAW LIBRARIAN; SGT. JOHN DOE #1; SGT. JOHN DOE #2; TEN UNKNOWN JOHN DOES; SCIG; E.H. GINCHEREAU; JOE GERAGI; LORI LAPINA; DON SKUNDA; RANINDRANATH KOLLI; PAUL NOEL; E DWARD SWIERCZEWSKI; STEPHANIE DUMAS; JOAN DELIE; FRANK COLE; NURSE KIME; THOMAS MCCONNELL; G. CLAIBRONE; ANTHONY BONO; G. GIDDENS; ROBERT H. KEEFER; A. LYNCH; GARY ABRAMS; JOSH ORPEN; RANDY MINNICK; MICHAEL FERSON; KEITH SHAW; C.J. SIMPSON; C.M. SHANE; N.K. MECHLING; RONALD BLANDFORD; MIKE ZAKIN; CHRIS MYERS; MIKE ADVARCHY; P.WALKER; LT. KOSTINGO; SGT. CASSICY; SAM POPOVICH; A. CRUMB; OFFICER LAWRENCE; OFFICER NEWHOUSE; SCOTT A. BRADLEY; SGT. CLARK, Respondents.
No. 69 WAL 2010.
Supreme Court of Pennsylvania, Western District.
July 7, 2010.

ORDER
PER CURIAM.
AND NOW, this 7th day of July, 2010, the Petition for Allowance of Appeal is hereby DENIED.